For plaintiff: Valmore M. Carrignan.

For defendant: Lee & McCanna.

Ernest L. Rogers
vs. }No. 68195.
Walter E. Fitzpatrick, City Treasurer

June 14, 1930.

CARPENTER, J. This is an action brought by the husband of the plain-

tiff in case No. 66841 to recover for expenses sustained by his wife in said case No. 66841, entitled *Jessie V. Rogers* vs. *Walter E. Fitzpatrick, City Treasurer.*

The jury returned a verdict for the defendant and thereupon a motion for a new trial was filed and the case is now before this Court on said motion.

The Court feels, as it has set forth in the case of *Jessie V. Rogers* vs. *Walter E. Fitzpatrick, City Treasurer,* that substantial justice has been done, and the motion for a new trial is therefore denied.

For plaintiff: Edward II. Ziegler, C. A. Kelley.

For defendant: Elmer S. Chace, C. I. Munroe.